ORDERED UNSEALED on 02/26/2026 s/

FILED
2014 JUL 25 PM 3:49

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>RENE ARZATE-GARCIA,<br>   aka "La Rana,"<br>   aka "General,"<br>   aka "Dad,"<br>   aka "Apa,"<br><br>        Defendant. | Case No. 14CR2122 DMS<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952, 960, and 963 - Conspiracy to Import Marijuana; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |

The grand jury charges:

1. Beginning at a date unknown and continuing up to and including July 25, 2014, within the Southern District of California, and elsewhere, defendant RENE ARZATE-GARCIA, aka "La Rana," aka "General," aka "Dad," aka "Apa," did knowingly and intentionally conspire with other persons known and unknown to the grand jury, to import 1000 kilograms and more of marijuana; a Schedule I Controlled Substance; into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960, and 963.

//
//
//

ALB:nlv:San Diego
7/23/14

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offense alleged in this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant RENE ARZATE-GARCIA, aka "La Rana," aka "General," aka "Dad," aka "Apa," shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds any defendant obtained, directly or indirectly, as the result of the felony offense alleged in this Indictment, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in this indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:
    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

//
//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: July 25, 2014.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
ADAM L. BRAVERMAN
Assistant U.S. Attorney